1  Robert E. Barnett (SBN: 44162)
   Devan Bennett (SBN: 268328)
2  BARNETT LAW FIRM
   712 Empire Street
3  Fairfield, CA  94533
   Telephone:  (707) 425-0671
4  Facsimile:  (707) 425-4255
   rbarnett@wrongfulinjury.com
5  dbennett@wrongfulinjury.com

6  Attorneys for Plaintiff

7  Paul B. La Scala (SBN:  186939)
   Gabriel S. Spooner (SBN:  263010)
8  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
9  5 Park Plaza, Suite 1600
   Irvine, California  92614-2546
10 Telephone:  949.475.1500
   Facsimile:   949.475.0016
11 plascala@shb.com
   gspooner@shb.com
12
   Attorneys for Defendants Dal-Tile Distribution,
13 Inc. and Dal-Tile Services, Inc.

14              UNITED STATES DISTRICT COURT

15       EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

16

| 17 | JORGE VAZQUEZ, | ) | Case No.: 2:12-CV-01734-LKK-KJN |
|----|----------------|---|----------------------------------|
| 18 | Plaintiff, | ) | Judge:  Hon. Lawrence K. Karlton |
| 19 | vs. | ) | |
| 20 | DAL-TILE CORPORATION and DOES 1 through 50, inclusive, | ) | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS DAL-TILE DISTRIBTUION INC., AND DAL-TILE SERVICES, INC.** |
| 21 | Defendants. | ) | |
| 22 | | ) | Complaint filed:  April 16, 2012 |

---

STIPULATION AND ORDER FOR DISMISSAL

136661 V1

# **STIPULATION**

Plaintiff Jorge Vazquez ("Plaintiff"), by and through his counsel of record, The Barnett Law Firm, and Defendants Dal-Tile Distribution, Inc., and Dal-Tile Services, Inc. (collectively "Defendants"), by and through their attorneys of record, Shook, Hardy & Bacon, L.L.C., hereby stipulate to the following:

1. Plaintiff and Defendants entered into a settlement agreement encompassing all claims by Plaintiff against Defendants in this matter;
2. The proceeds of the agreed upon settlement have been paid by Defendants to Plaintiff; and
3. Plaintiff's action against Defendants should now be dismissed *with prejudice*.
4. Plaintiff and Defendants are responsible for their own costs and fees.

Dated:  March 14, 2013                         BARNETT LAW FIRM

                                                By: /s/ Devan Bennett
                                                    Robert E. Barnett
                                                    Devan Bennett
                                                    Attorneys for Plaintiff

Dated:  March 14, 2013                         SHOOK, HARDY & BACON L.L.P.

                                                By: /s/ Gabriel S. Spooner
                                                    Paul B. La Scala
                                                    Gabriel S. Spooner
                                                    Attorneys for Defendants
                                                    Dal-Tile Services, Inc. and Dal-Tile
                                                    Distributions, Inc.

## ORDER

Based upon the stipulation of counsel, it is ordered that Defendants Dal-Tile Distribution, Inc., and Dal-Tile Services are dismissed from this action *with prejudice*.

Dated:   April 3, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT