Robert E. Barnett (SBN: 44162)
Devan Bennett (SBN: 268328)
BARNETT LAW FIRM
712 Empire Street
Fairfield, CA 94533
Telephone: (707) 425-0671
Facsimile: (707) 425-4255
rbarnett@wrongfulinjury.com
dbennett@wrongfulinjury.com

Attorneys for Plaintiff

Paul B. La Scala (SBN: 186939)
Gabriel S. Spooner (SBN: 263010)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949.475.1500
Facsimile: 949.475.0016
plascala@shb.com
gspooner@shb.com

Attorneys for Defendants Dal-Tile Distribution,
Inc. and Dal-Tile Services, Inc.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JORGE VAZQUEZ,<br><br>           Plaintiff,<br><br>      vs.<br><br>DAL-TILE CORPORATION and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No.: 2:12-CV-01734-LKK-KJN<br><br>Judge: Hon. Lawrence K. Karlton<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS DAL-TILE DISTRIBTUION INC., AND DAL-TILE SERVICES, INC.**<br><br>Complaint filed: April 16, 2012 |

STIPULATION AND ORDER FOR DISMISSAL

136661 V1

# **STIPULATION**

Plaintiff Jorge Vazquez ("Plaintiff"), by and through his counsel of record, The Barnett Law Firm, and Defendants Dal-Tile Distribution, Inc., and Dal-Tile Services, Inc. (collectively "Defendants"), by and through their attorneys of record, Shook, Hardy & Bacon, L.L.C., hereby stipulate to the following:

1. Plaintiff and Defendants entered into a settlement agreement encompassing all claims by Plaintiff against Defendants in this matter;
2. The proceeds of the agreed upon settlement have been paid by Defendants to Plaintiff; and
3. Plaintiff's action against Defendants should now be dismissed *with prejudice*.
4. Plaintiff and Defendants are responsible for their own costs and fees.

Dated:  March 14, 2013                              BARNETT LAW FIRM

                                                                    By:  /s/ Devan Bennett
                                                                            Robert E. Barnett
                                                                            Devan Bennett
                                                                        Attorneys for Plaintiff

Dated:  March 14, 2013                              SHOOK, HARDY & BACON L.L.P.


                                                                    By:  /s/ Gabriel S. Spooner
                                                                            Paul B. La Scala
                                                                            Gabriel S. Spooner
                                                                        Attorneys for Defendants
                                                                    Dal-Tile Services, Inc. and Dal-Tile
                                                                            Distributions, Inc.

## **ORDER**

Based upon the stipulation of counsel, it is ordered that Defendants Dal-Tile Distribution, Inc., and Dal-Tile Services are dismissed from this action ***with prejudice***.

Dated:   April 3, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT